AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Robert Trepeta ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 2:19-cv-405 |
| National Consumer Telecom and Utilities Exchange, ) | |
| Inc. and Equifax Information Services, LLC ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Equifax Information Services, LLC

    Serve: Corporation Service Company
           100 Shockoe Slip, Fl 2
           Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Matthew J. Erausquin
                                         Consumer Litigation Associates, P.C.
                                         1800 Diagonal Rd., Ste. 600
                                         Alexandria, VA 22312

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                 CLERK OF COURT

Date:   8/6/2019                                                        Elise Price   2019.08.06 15:50:25 -04'00'

                                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-405

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: _____        _____
                              *Server's signature*

                              _____
                              *Printed name and title*

                              _____
                              *Server's address*

Additional information regarding attempted service, etc:

# CERTIFICATE
# OF
# CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

   Beverley L. Crump        Rene Nordquist
   Linda B. Liles           Dustin Kline
   Donna Creekmore

**WHEREFORE,** Corporation Service Company has caused its corporate name to be hereunto subscribed this 7 day of January 2019.

CORPORATION SERVICE COMPANY

BY: _____
    George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 7 day of January 2019, by George A. Massih III.

_____
Notary Public

My Commission Expires: 6-16-20

# AFFIDAVIT OF SERVICE

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA | SERVICE OTHER THAN BY VIRGINIA SHERIFF |

in the:
**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA**

STATE/COMMONWEALTH OF: VA

453501 - 2

**ROBERT TREPETA**

In re / v.

**NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, ET AL**

CASE NO: **2:19-cv-405**

## PERSON FOUND IN CHARGE

**EQUIFAX INFORMATION SERVICE COMPANY, CORPORATION SERVICE COMPANY**
100 SHOCKOE SLIP, 2ND FL, RICHMOND, VA 23219

is the name and address of the person upon whom service of the following is to be made.

**Document(s) Served:** SUMMONS IN A CIVIL ACTION
COMPLAINT

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

**Date and time of service:** 8/15/2019 @ 12:35 PM

**METHOD OF SERVICE:**
*Being unable to make personal service, a copy was delivered in the following manner:*
*Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport Service accepted by:*
**DUSTIN KLINE**

Dated: 8/16/2019    Signature
Name: MICHAEL L McWHORTER, CoVAPPS Certification No. 00-0016

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by
MICHAEL L McWHORTER
who is personally known to me.
Date: 8/16/2019
My commission expire 11/30/2019

Signature of Notary Public: CARRIE I SESMA, REG # 7160997

CARRIE I SESMA, REG # 7160997
Notary Public
Commonwealth of Virginia
My Commission Expires: 11/30/2019

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

DAWN CHAFFER    453501 - 2