UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ROBERT TREPETA,
*on behalf of himself and all
other similarly situated individuals,*

    Plaintiffs,

v.                                                Case No. 2:19-cv-00405-MSD-LRL

NATIONAL CONSUMER TELECOM
AND UTILITIES EXCHANGE, INC.,
and
EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.

**ORDER GRANTING
PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO DEFENDANT EQUIFAX'S MOTION TO DISMISS**

This matter is before the Court on a motion by Plaintiff Robert Trepeta, by Counsel, for an enlargement ~~of page limitations and~~ of time to respond to Defendant Equifax's Motion to Dismiss (ECF 7). Upon consideration of the pleadings and the representations of the Parties through Counsel, this Motion is hereby GRANTED, and it is hereby

ORDERED that the deadlines by which Plaintiff is to file his response to Equifax's Motion to Dismiss is enlarged from September 19, 2019 to September 26, 2019.

ENTERED this 25th day of September, 2019.

                                                          /s/
                                                    Robert J. Krask
                                                    United States Magistrate Judge