IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| ROBERT S. TREPETA *on behalf of himself and all others similarly situated individuals*,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CONSUMER TELECOM AND UTILITIES EXCHANGE, INC. and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:19-cv-00405-MSD-LRL |

## NOTICE OF APPEARANCE OF KEVIN J. O'BRIEN

Kevin J. O'Brien, of the law firm of King & Spalding LLP, enters his appearance in the above-captioned case on behalf of National Consumer Telecom and Utilities Exchange, Inc. and Equifax Information Services, LLC.

This 1st day of October, 2019.

    Respectfully submitted,

    */s/ Kevin J. O'Brien*
    Kevin J. O'Brien
    VSB No. 78886
    KING & SPALDING LLP
    1180 Peachtree Street, NE
    Atlanta, GA 30309
    Telephone (404) 572-4600
    Facsimile (404) 572-5100
    kobrien@kslaw.com

    Attorney for Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 1st day of October, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to all counsel of record.

                                                   */s/ Kevin J. O'Brien*
                                                   Kevin J. O'Brien