IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| ROBERT S. TREPETA,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 2:19-cv-405-RAJ-DEM<br>Hon. Judge Raymond A. Jackson<br>Hon. Mag. Judge Douglas E. Miller |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated October 25, 2022, (Dkt. No. 186), Defendant Equifax Information Services LLC ("Equifax") and Plaintiff Robert S. Trepeta ("Plaintiff", collectively the "Parties") file this Status Report following mediation. The Parties report that they have made substantial progress in reaching an agreement to settle the case. The Parties respectfully request the Court continue to hold the case in abeyance an additional thirty (30) days while the parties finalize the terms of the settlement. The parties will submit another status report by February 24, 2023.

Respectfully submitted this 26th day of January, 2023.

| | |
|---|---|
| */s/*_____<br>John W. Montgomery, Jr.<br>VSB No. 37149<br>Counsel for Defendants<br>TRAYLOR, MONTGOMERY & ELLIOT, P.C.<br>130 E. Wythe Street<br>Petersburg, VA 23803<br>Phone: (804) 861-1122<br>Fax: (804) 733-6022<br>jmontgomery@tmande.com<br><br>Zachary A. McEntyre*<br>Danielle Chattin*<br>Kevin J. O'Brien (VSB No. 78886)<br>Daniel S. Sanders*<br>KING & SPALDING LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309<br>Phone: (404) 572-4600<br>Fax: (404) 572-5100<br>zmcentyre@kslaw.com<br>dchattin@kslaw.com<br>kobrien@kslaw.com<br>dsanders@kslaw.com<br><br>*Counsel for Defendants Equifax Information Services, LLC and National Consumer Telecom and Utilities Exchange, Inc.*<br><br>*Pro hac vice | */s/*_____<br>Leonard A. Bennett, Esq.VSB #37523<br>Craig C. Marchiando, Esq.VSB #89736<br>Amy Austin, Esq., VSB #46579<br>Kevin Dillon, Esq., VSB #93475<br>CONSUMER LITIGATION ASSOCIATES, P.C.<br>763 J Clyde Morris Boulevard, Ste 1A<br>Newport News, VA 23601<br>Tel:   (757) 930-3660<br>Fax:   (757) 930-3662<br>Email: lenbennett@clalegal.com<br>           craig@clalegal.com<br><br>Jeffrey A. Breit<br>Kevin Biniazan<br>BREIT CANTOR GRANA BUCKNER, PLLC<br>Towne Pavilion Center II<br>600 22nd Street, Suite 402<br>Virginia Beach, VA 23451<br>Tel:   (757) 622-6000<br>Fax:   (757) 670-3939<br>Email: jeffrey@breitcantor.com<br>           kbiniazan@breitcantor.com<br><br>*Counsel for Plaintiffs* |

2

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of January, 2023, I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such to all attorneys of record.

/s/_____
John W. Montgomery, Jr.
VSB No. 37149
Counsel for Defendants
TRAYLOR, MONTGOMERY & ELLIOT, P.C.
130 E. Wythe Street
Petersburg, VA 23803
Phone: (804) 861-1122
Fax: (804) 733-6022
jmontgomery@tmande.com